PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
20-cr-00292-WJM-17

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00216-JAD-EJY-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Christian Anthony Carver | District of Colorado | |

FILED 07/21/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

NAME OF SENTENCING JUDGE
Senior, U.S. District Judge William J. Martinez

DATES OF PROBATION/SUPERVISED RELEASE
FROM 08/08/2024
TO 08/07/2026

OFFENSE

Traveling in Interstate Commerce with the Intent to Promote, Manage, Establish, Carry on, and Facilitate the Promotion, Management, Establishment, and Carrying on, of an Unlawful Activity, in violation of 18 U.S.C. §§ 1952(a)(3)(A)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The defendant does not intent to return to the District of Colorado.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE       DISTRICT OF  Colorado

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 17, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE       DISTRICT OF  Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/24/2025
*Effective Date*

*United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Christian Carver

Case No.: TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

July 18, 2025

TO:   United States District Judge

On December 14, 2022, Carver was sentenced in the District of Colorado by the Honorable William J. Martinez to 30 months custody followed by 2 years supervised release for committing the offense of Traveling in Interstate Commerce with the Intent to Promote, Manage, Establish, Carry on, and Facilitate the Promotion, Management, Establishment, and Carrying on, of an Unlawful Activity. Carver is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of his supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge William J. Martinez, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by
Cecil McCarroll
Date: 2025.07.21
15:22:27 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2025.07.18 20:20:27
-07'00'

Amberleigh Barajas
Supervisory United States Probation Officer